Rogers Park Post, No. 108, Department of Illinois, The American Legion, appellee, v. Chicago Park District, appellant. Gen. No. 38,590.

Opinion filed July 3, 1936.
James M. Slattery, for appellant; Philip A. Lozowick, of counsel. Theodore W. Miller, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Mabel Issleb, appellee, v. Joseph Wolek, appellant. Gen. No. 38,620.

Opinion filed July 3, 1936.
John A. Bloomingston, for appellant. Ryan, Sinnott & Miller, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Harry B. Kaung, plaintiff in error. Gen. No. 38,643.

Opinion filed July 3, 1936.
Irving Block, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Richard H. Devine and John T. Gallagher, Assistant State's Attorneys, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.